**Emma N. Arnold, appellee, v. Frederick W. Cox et al., appellants. Gen. No. 28,922.**

Bill to foreclose a trust deed. Decree for complainant. Appeal from the Superior Court of Cook county; the Hon. Denis E. Sullivan, Judge, presiding. Heard in the third division of this court for the first district at the October term, 1923. Affirmed. Opinion filed February 11, 1925.

Frederick Mains, for appellants. Adolph H. Easter and Charles H. Mitchell, for appellee.

Mr. Justice Taylor delivered the opinion of the court.

---

**Ida Vorman, appellee, v. City of Chicago, appellant. Gen. No. 29,020.**

Action to recover damages for personal injuries sustained in falling upon a sidewalk. Judgment for the plaintiff. Appeal from the Superior Court of Cook county; the Hon. John J. Sullivan, Judge, presiding. Heard in the third division of this court for the first district at the October term, 1923. Affirmed. Thomson, J., dissenting. Opinion filed February 11, 1925. *Certiorari* denied by Supreme Court (making opinion final).

Francis X. Busch, Corporation Counsel, and John J. Kelly, City Attorney, for appellant; Daniel V. Gallery, Assistant Corporation Counsel, of counsel. Mayer, Meyer, Austrian & Platt, for appellee.

Mr. Justice Taylor delivered the opinion of the court.

---

**Mary Quigley, appellee, v. W. N. Macqueen & Company, appellant. Gen. No. 29,048.**

Action on a contract for the exchange of mortgages for stock. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Wells M. Cook, Judge, presiding. Heard in the third division of this court for the first district at the October term, 1923. Affirmed. Opinion filed February 11, 1925.

J. S. Dudley, for appellant. Mather & Hutson, for appellee; Lawrence C. Traeger and Helmer Brandell, of counsel.

Mr. Justice Taylor delivered the opinion of the court.

---

**R. L. Fordyce et al., copartners, trading as Great Lakes Coal & Coke Company, appellants, v. Chicago Coal & Mining Company, appellee. Gen. No. 29,060.**

Action on contract for the purchase of coal. Judgment for the defendant. Appeal from the Municipal Court of Chicago; the Hon. Wells M. Cook, Judge, presiding. Heard in the third division of this court for the first district at the October term, 1923. Reversed and judgment here. Thomson, J., specially concurring. Opinion filed February 11, 1925.

Winston, Strawn & Shaw, for appellants; Frank H. Towner, of counsel. Charles N. Goodnow, for appellee.

Mr. Justice Taylor delivered the opinion of the court.